UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

JEFFERY L. CHAPPELL, JR.　　　　　　　　　　　　CASE NO. 19-11435
　　　DEBTOR　　　　　　　　　　　　　　　　　　CHAPTER 13

## REASONS FOR ORDER

The plan proposed by chapter 13 debtor Jeffery L. Chappell, Jr. was originally scheduled for a confirmation hearing on March 4, 2020. At that hearing, after discussing the objections to the plan, debtor's counsel explained that he had fallen out of touch with the debtor and all parties agreed to continue the confirmation hearing to March 18, 2020. The court on its own motion in response to courthouse closure for the COVID-19 pandemic continued the confirmation hearing again to April 15, 2020.

No activity has taken place in the case in the time between March 4, 2020 and the date of this ruling apart from a ruling on an unopposed claim objection filed before the March 4 hearing. Nothing supports a finding that the debtor has resumed communicating with his counsel. Accordingly, the court will dismiss the debtor's case.

　　　Baton Rouge, Louisiana, April 14, 2020.

　　　　　　　　　　　　　　　　　　**s/ Douglas D. Dodd**
　　　　　　　　　　　　　　　　　　DOUGLAS D. DODD
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE